UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| DANIAL DIVISH PRASAD, | Case No.: 2:25-CV-02615-DJC-CSK |
| Plaintiff, | **ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC and SALAL CREDIT UNION, | |
| Defendants. | |

The joint motion for an extension of time for Defendant Equifax Information Services, LLC to respond to the complaint is **GRANTED**. Equifax Information Services, LLC shall respond to the complaint on or before **November 5, 2025**. No further extensions will be granted.

IT IS SO ORDERED.

Dated: October 7, 2025          /s/ Daniel J. Calabretta
                                THE HONORABLE DANIEL J. CALABRETTA
                                UNITED STATES DISTRICT JUDGE

NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500