TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorney for Plaintiff,*
*Danial Divesh Prasad*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL DIVESH PRASAD, | ) |
| | ) **Case No. 2:25-cv-2615-DJC-CSK** |
| Plaintiff, | ) |
| vs. | ) Honorable Daniel J. Calabretta |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) **ORDER OF DISMISSAL OF** |
| LLC, EXPERIAN INFORMATION | ) **DEFENDANT EXPERIAN** |
| SOLUTIONS, INC., and SALAL CREDIT | ) **INFORMATION SOLUTIONS, INC.** |
| UNION | ) |
| Defendants. | ) |

- 1 -
ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

The Court, having read and considered the Parties' Stipulation of Dismissal with Prejudice as to the Defendant, Experian Information Solutions, Inc. ("Experian"), IT IS HEREBY ORDERED THE STIPULATION IS GRANTED. Defendant Experian is dismissed with prejudice, with Plaintiff and Defendant Experian to each bear their own fees and costs.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.