TRINETTE G. KENT (State Bar No. 222020)
3219 E Camelback Rd, #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

*Attorney for Plaintiff,*
*Danial Divesh Prasad*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIAL DIVESH PRASAD, | ) |
| | ) **Case No. 2:25-cv-2615-DJC-CSK** |
| Plaintiff, | ) |
| vs. | ) Honorable Daniel J. Calabretta |
| | ) |
| EQUIFAX INFORMATION SERVICES | ) **ORDER OF DISMISSAL OF** |
| LLC, EXPERIAN INFORMATION | ) **DEFENDANT EQUIFAX** |
| SOLUTIONS, INC., and SALAL CREDIT | ) **INFORMATION SERVICES, LLC** |
| UNION | ) |
| Defendants. | ) |

- 1 -

ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC

Case 2:25-cv-02615-DJC-CSK   Document 35   Filed 02/23/26   Page 2 of 2

The Court, having read and considered the Parties' Stipulation of Dismissal with Prejudice as to the defendant, Equifax Information Services ("Equifax"), IT IS HEREBY ORDERED THE STIPULATION IS GRANTED. Defendant Equifax is dismissed with prejudice, with Plaintiff and Defendant Equifax to each bear their own fees and costs.

**IT IS SO ORDERED.**

Signed this 23rd day of February, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

- 2 -
ORDER OF DISMISSAL OF DEFENDANT EQUIFAX INFORMATION SERVICES LLC