# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIAL DIVESH PRASAD, )
                         ) **Case No. 2:25-cv-2615-DJC-CSK**
             Plaintiff, )
    vs.                   ) Honorable Daniel J. Calabretta
                         )
SALAL CREDIT UNION,       ) **ORDER OF DISMISSAL OF**
             Defendant. ) **DEFENDANT SALAL CREDIT**
                         ) **UNION**
                         )
                         )

## ORDER

The Court, having read and considered the Parties' Stipulation of Dismissal with Prejudice as to the Defendant, Salal Credit Union, IT IS HEREBY ORDERED THE STIPULATION IS GRANTED. Defendant Salal Credit Union is dismissed with prejudice, with Plaintiff and Defendant Salal Credit Union to each bear their own fees and costs. This matter has been resolved in its entirety and IT IS FURTHER ORDERED the Clerk of the Court shall close this case

**IT IS SO ORDERED.**

Dated:  April 15, 2026                     /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL OF DEFENDANT SALAL CREDIT UNION